UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARLEANA DUFFY<br>*Plaintiff,* | : CIVIL NO. 3:01CV295 (CFD)<br>:<br>: |
| v. | :<br>: |
| STATE OF CONNECTICUT UNIVERSITY OF<br>CONNECTICUT HEALTH CENTER AND THE<br>STATE OF CONNECTICUT, DEPARTMENT OF<br>CORRECTION<br>*Defendants* | :<br>:<br>:<br>:<br>: OCTOBER 22, 2003 |

### DEFENDANTS' REQUEST TO FILE A DISPOSITIVE MOTION

The defendants hereby request permission to file a Motion for Summary Judgment. In support of their motion, the defendants submit the following:

(a) By order of the Court in March 2003, the parties were to enter into a confidentiality order for the disclosure of plaintiff's mental health records.

(b) Plaintiff's records were disclosed and forwarded to the defendants on May 5, 2003.

(c) On June 27, 2003, this case was referred to the Honorable William I. Garfinkel for a settlement conference. Said conference was held on September 30, 2003. The settlement discussions were unsuccessful.

(d) The defendants contend that there are significant legal issues which must be decided prior to trial and the plaintiff will not be prejudiced by this request.

(e) The undersigned contacted Attorney Tani E. Sapirstein, attorney for the plaintiff, and she objects to this request.

**WHEREFORE**, the defendants respectfully request permission to file the attached Motion for Summary Judgment.

DEFENDANTS

UCONN HEALTH CENTER, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: Antoria D. Howard
Assistant Attorney General
55 Elm Street,
Hartford, CT 06141-0120
Tel.: (860) 808-5340
Fax: (860) 808-5383
Federal Bar No. Ct #17494
E-Mail:Antoria.Howard@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this 22nd day of October 2003, first class postage prepaid, to:

    Tani E. Sapirstein, Esq.
    Sapirstein & Sapirstein, P.C.
    1350 Main Street, 12th Floor
    Springfield, MA  01103

                                        Antoria D. Howard
                                        Assistant Attorney General