UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DOCKET NO. 301CV295CFD

| | |
|---|---|
| ARLEANA DUFFY<br>    PLAINTIFF<br>v.<br><br>STATE OF CONNECTICUT,<br>UNIVERSITY OF CONNECTICUT<br>HEALTH CENTER &<br>STATE OF CONNECTICUT<br>DEPARTMENT OF CORRECTIONS,<br>    DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | PLAINTIFF'S OPPOSITION TO<br>DEFENDANT'S MOTION FOR<br>SUMMARY JUDGMENT<br><br><br>NOVEMBER 17, 2003 |

FILED
2003 NOV 17 A 11: 53
US DISTRICT COURT
HARTFORD CT

  Now comes Arleana Duffy, the Plaintiff in the above-captioned matter, and hereby opposes the Defendant's Motion for Summary Judgment.

  The basis for this opposition is contained in Plaintiff's Memorandum Of Law In Support Of Her Opposition To Defendant's Motion For Summary Judgment which is filed simultaneously herewith.

  WHEREFORE, the Plaintiff, Arleana Duffy, opposes Defendant's Motion For Summary Judgment and respectfully requests that the Defendants' Motion For Summary Judgment be denied.

  ORAL ARGUMENT IS REQUESTED.

Respectfully submitted,
The Plaintiff, By Her Attorney

_____
Tani E. Sapirstein
Federal Bar No. 21160
Sapirstein & Sapirstein, P.C.
1341 Main Street, 3rd Floor
Springfield, MA 01103
Tel: (413) 827-7500
Fax: (413) 827-7797

November 17, 2003

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above document was served upon the following, via first class mail, postage prepaid:

Antoria D. Howard, Esq.
Assistant Attorney General
55 Elm Street
Hartford, CT 06141-0120

*Tani E. Sapirstein*
Tani E. Sapirstein

Date: November 17, 2003

J:\WP61\CASEFILE\Duffy\Lit\Pltffs Opposition to Def Motion for SJ.wpd