UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARLEANA DUFFY<br>*Plaintiff,* | : CIVIL NO. 3:01CV295 (CFD)<br>: |
| v. | : |
| STATE OF CONNECTICUT UNIVERSITY OF CONNECTICUT HEALTH CENTER AND THE STATE OF CONNECTICUT, DEPARTMENT OF CORRECTION<br>*Defendants* | :<br>:<br>:<br>: OCTOBER 22, 2003 |

### DEFENDANTS' REQUEST TO FILE A DISPOSITIVE MOTION

The defendants hereby request permission to file a Motion for Summary Judgment. In support of their motion, the defendants submit the following:

(a) By order of the Court in March 2003, the parties were to enter into a confidentiality order for the disclosure of plaintiff's mental health records.

(b) Plaintiff's records were disclosed and forwarded to the defendants on May 5, 2003.

(c) On June 27, 2003, this case was referred to the Honorable William I. Garfinkel for a settlement conference. Said conference was held on September 30, 2003. The settlement discussions were unsuccessful.

(d) The defendants contend that there are significant legal issues which must be decided prior to trial and the plaintiff will not be prejudiced by this request.

---

*Handwritten margin note (judge's order):*

The Defendant's Request to File a Dispositive Motion [Doc. # 21] is DENIED, as the defendant has not shown good cause for filing a dispositive motion beyond the period set forth in the scheduling order as modified by subsequent motions for extensions of time. *Julian v. Equifax Check Servs., Inc.*, 178 F.R.D. 10, 16 (D. Conn. 1998) ("[T]he district court may modify a pre-trial scheduling order on a showing of 'good cause' by the party seeking the modification."). So ordered.

Christopher F. Droney
United States District Judge
12/9/03