HONORABLE _Droney_    CT cvjysel (12 1 98)

DEPUTY CLERK _Deo_    RPTR/ERO/TAPE _Marshall_

TOTAL TIME: ___ hours _5_ minutes

DATE _4-8-04_    START TIME _9:55_    END TIME _10:00_

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____    (if more than 1/2 hour)

_Duffy_

vs.

_UConn_

CIVIL NO. _01CV295 CFD_

§
§
§    ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§
§

_Saperstein_
Plaintiffs Counsel

_Howard_
Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☒ . . . . . . . .    ☒ (call./h) Call of the Calendar held  ☐ (call./set)  Call of the Calendar over to _____

☐ . . . . . . . .    ☐ (jyselect./h) Jury Selection held  ☐ Jury Selection continued until _____

☐ . . . . #___    Motion _____  ☐ granted ☐ denied ☐ advisement

☐ . . . . #___    Motion _____  ☐ granted ☐ denied ☐ advisement

☐ . . . . #___    Motion _____  ☐ granted ☐ denied ☐ advisement

☐ . . . . #___    Motion _____  ☐ granted ☐ denied ☐ advisement

☐ . . . . . . . .    _____  ☐ filed ☐ docketed

☐ . . . . . . . .    _____  ☐ filed ☐ docketed

☐ . . . . . . . .    _____  ☐ filed ☐ docketed

☐ . . . . . . . .    _____  ☐ filed ☐ docketed

☐ . . . . . . . .    _____ jurors present to roll call (See attached)

☐ . . . . . . . .    _____ jurors absent

☐ . . . . . . . .    Voir Dire oath administered by Clerk  ☐ previously administered by Clerk

☐ . . . . . . . .    Voir Dire by Court

☐ . . . . . . . .    _____ jurors excused (See attached)

☐ . . . . . . . .    Panel of _____ drawn (See attached)

☐ . . . . . . . .    Peremptory challenges exercised (See attached)

☐ . . . . . . . .    Jury of _____ drawn (See attached) ☐ and sworn  ☐ Jury Trial commences

☐ . . . . . . . .    Remaining jurors excused

☐ . . . . . . . .    Discovery deadline set for _____

☐ . . . . . . . .    Disposition Motions due _____

☐ . . . . . . . .    Joint trial memorandum due _____

☐ . . . . . . . .    Trial continued until _____ at _____

☐ COPY TO: JURY CLERK