*The Court will set*
*The motion is GRANTED. The motion to continue jury selection*
*The clerk is ordered to docket this letter as a motion to continue jury selection date. So ordered.*
*a new jury selection date.*

*Christopher F. Droney*
*United States District Judge*
*7/6/04*

01cv295(trend)

RICHARD BLUMENTHAL
ATTORNEY GENERAL



55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Office of The Attorney General
## State of Connecticut
June 14, 2004

Tel: (860) 808-5340
Fax: (860) 808-5385

The Honorable Christopher F. Droney
United States District Court
District of Connecticut
450 Main Street
Hartford, CT 06103

RE: **Arleana Duffy v. University of Connecticut Health Center, et al**
Civil Action No. 3:01CV295 (CFD)

Dear Judge Droney:

Pursuant to our telephone conversation with Ms. Johnson, your clerk, we are writing to request a continuance of the trial in this matter. Presently this case is scheduled for jury selection on September 15, 2004. Attorney Saperstein had requested by letter dated May 17, 2004 that the trial begin on September 20, 2004. We have recently discovered that a witness, who is on the witness list for both the plaintiff and defendant is going to be out of the country from September 17 though September 26th. Also, Attorney Howard is scheduled for trial in the matter of Thaddeus Taylor v. John Armstrong, et al, Case No. 3:96CV901 (WIG), from September 20th through September 24th. Also, Attorney Saperstein out of town from September 30 through October 3, 2004.

Therefore, we are requesting that the trial be postponed until October. All dates in October are good except for October 13, 2004 and October 15, 2004.

Thank you for your consideration in the matter.

Very truly yours,

Tani E. Saperstein, Esq.
Counsel for the Plaintiff

_(signature)_
Antoria D. Howard
Assistant Attorney General
Counsel for the Defendants