UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARLEANA DUFFY : | |
|     Plaintiff, : | |
| : | |
| v. : | Civil Action No. 3:01CV295(CFD) |
| : | |
| STATE OF CONNECTICUT, : | |
| UNIVERSITY OF CONNECTICUT : | |
| HEALTH CENTER, and STATE OF : | |
| CONNECTICUT DEPARTMENT OF : | |
| CORRECTIONS : | |
|     Defendants. | |

**PRETRIAL ORDER**

In accordance with Fed. R. Civ. P. 16, a pretrial conference with counsel for the parties in the above-captioned action was held on February 28, 2005. As a result of the pretrial conference, the Court issues this Pretrial Order.

    Plaintiff(s) counsel:    Tani Sapirstein

    Defendant(s) counsel:    Antoria Howard

1. Jury Selection

    Jury selection will be held on **March 16, 2005.**

    The parties will be selecting **9** jurors.

    The plaintiff has **3** peremptory challenges.

    The defendants have **3** peremptory challenges.

2. Opening Statement

    The parties will each be allowed 15 minutes for their opening statements at trial.

3. Evidentiary Issues

    The operative pleadings are the complaint dated **February 26, 2001,** and the answer dated **May 14, 2001.** The plaintiff is proceeding, though, only on the Title VII hostile work environment counts against both defendants.

A final list of joint stipulations is due by **March 16, 2005** at **10:00 a.m.**

There <u>will be</u> sequestration of witnesses during the trial.

Any objections to the preliminary jury instructions are due by **March 16, 2005** at **10:00 a.m.**

Any objections to exhibits are due by **March 16, 2005** at **10:00 a.m.**

Exhibits will be marked on **March 16, 2005** at **10:00 a.m.**

Revised jury charges are due by **March 16, 2005** at **10:00 a.m.**

Proposed revised verdict forms are due by **March 16, 2005** at **10:00 a.m.**

Motions in limine are due by **March 9, 2005**. Any memorandum in opposition to a motion in limine are due by **March 14, 2005**. Argument will follow jury selection on **March 16, 2005.**

4. <u>Objections</u>

Any objections to this order shall be made in writing and filed with the Clerk's office within seven days of the issuance of this order.

IT IS SO ORDERED that this Pretrial Order may be modified by order of the Court only to prevent manifest injustice or for good cause shown.

Dated at Hartford, Connecticut, this   3rd   day of March 2005

    /s/ CFD
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**