UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARLEANA DUFFY | : | CIVIL NO. 3:01CV295 (CFD) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT UNIVERSITY OF CONNECTICUT HEALTH CENTER AND THE STATE OF CONNECTICUT, DEPARTMENT OF CORRECTION | : | |
| *Defendants* | : | MARCH 8, 2005 |

## DEFENDANTS' MOTION IN LIMINE AND MEMORANDUM IN SUPPORT OF MOTION IN LIMINE

### INTRODUCTION

In anticipation of trial, the defendants respectfully submit this Motion in Limine to rule on the admissibility of evidence, consisting of the notes of Karen Duffy Wallace. Ms. Duffy Wallace is the Director of Labor Relations at the University of Connecticut Health Center. Ms. Duffy Wallace conducted the pre-disciplinary hearing for Dr. Michael Young. During this hearing, Ms. Duffy Wallace took notes of the testimony of witnesses who appeared at the hearing. The defendants object to the introduction of these notes as evidence in the trial.

### ARGUMENT

The defendants contend that pursuant to Rules 801, 802 and 803 of the Federal Rules of Evidence, Ms. Duffy Wallace's notes are hearsay and do not fall within any exception to the hearsay rule. Courts have decided that "personal notes made by an investigator" are not ordinarily admissible because they are hearsay. United States v. Bishop, 264 F.3d 535, 548 (5th Cir. 2001). Ms. Duffy Wallace is listed on the plaintiff's witness list as well as the defendant's.

Ms. Duffy Wallace has agreed to appear whenever called by the plaintiff. The proper method to solicit what occurred during the pre-disciplinary hearing is through Ms. Duffy Wallace's testimony and not through her notes.  Dority v. City of Chicago, 2001 U.S. Dist. LEXIS 15736.

There is an exception to this rule, in that Ms. Duffy Wallace's notes may be used to rebut a recent fabrication or inconsistent statement, i.e., to impeach her credibility. Federal Rules of Evidence, Rule 801 (d)(1). Accordingly, Ms. Duffy Wallace's notes should be excluded at trial until such time as they fit within an exception to the hearsay rule.

**CONCLUSION**

The defendants respectfully request that Ms. Duffy Wallace's notes not be admitted as evidence at trial.

DEFENDANTS

UCONN HEALTH CENTER, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: Antoria D. Howard
Assistant Attorney General
55 Elm Street
Hartford, CT 06141-0120
Tel.: (860) 808-5340
Fax: (860) 808-5383
Federal Bar No. Ct #17494
E-Mail:Antoria.Howard@po.state.ct.us

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed this _____ day of March 2005, first class postage prepaid, to:

>Tani E. Sapirstein, Esq.
>Sapirstein & Sapirstein, P.C.
>1341 Main Street
>Springfield, MA  01103

 

_____
Antoria D. Howard
Assistant Attorney General