12UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARLEANA DUFFY  *Plaintiff,* | :  CIVIL NO. 3:01CV295 (CFD) |
| | : |
| | : |
| v. | : |
| | : |
| STATE OF CONNECTICUT UNIVERSITY OF CONNECTICUT HEALTH CENTER AND THE STATE OF CONNECTICUT, DEPARTMENT OF CORRECTION | : |
| *Defendants* | :  MARCH 8, 2005 |

## DEFENDANTS' MOTION IN LIMINE AND MEMORANDUM IN SUPPORT OF MOTION IN LIMINE

### INTRODUCTION

In anticipation of trial, the defendants respectfully submit this Motion in Limine seeking to exclude from evidence anticipated hearsay testimony from the plaintiff or any of plaintiff's witnesses regarding her psychiatric and/or psychological treatment. The defendants anticipate that the plaintiff, during her testimony, may testify regarding her treatment and what her treating therapist may have said regarding a diagnosis, a prognosis, medications and/or her allegations in this case. The defendants respectfully object to such anticipated evidence on the grounds of hearsay.

### ARGUMENT

The defendants do not anticipate that plaintiff will call her treating therapist as a witness in this case; therefore pursuant to Rules 801, 802 and 803 of the Federal Rules of Evidence, any evidence offered by Ms. Duffy regarding her therapy is hearsay and does not fall within any exception to the hearsay rule. Hearsay is a statement, other than one made by the declarant while testifying at trial or hearing, offered in evidence to prove the

truth of the matter asserted. See Fed. R. Evid. 801; see also Merry Charters, LLC v. Town of Stonington, 342 F. Supp. 2d 69 (2004). The proper method to solicit this testimony would be to call the therapist as a witness. The defendants submit that any information that the plaintiff and/or her witnesses may offer on this issue constitute inadmissible hearsay and would be unduly prejudicial.

## CONCLUSION

The defendants respectfully request that plaintiff be prohibited from testifying about her psychiatric and/or psychological treatment.

                DEFENDANTS

                UCONN HEALTH CENTER, ET AL.

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

                _____
      BY:   Antoria D. Howard
            Assistant Attorney General
            55 Elm Street
            Hartford, CT 06141-0120
            Tel.: (860) 808-5340
            Fax: (860) 808-5383
            Federal Bar No. Ct #17494
          E-Mail:Antoria.Howard@po.state.ct.us

3

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this _____ day of March 2005, first class postage prepaid, to:

>Tani E. Sapirstein, Esq.
>Sapirstein & Sapirstein, P.C.
>1341 Main Street
>Springfield, MA  01103

_____
Antoria D. Howard
Assistant Attorney General