UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARLEANA DUFFY : | |
|     Plaintiff, : | |
| : | |
| v. : | Civil Action No. 3:01CV295(CFD) |
| : | |
| STATE OF CONNECTICUT, : | |
| UNIVERSITY OF CONNECTICUT : | |
| HEALTH CENTER, and STATE OF : | |
| CONNECTICUT DEPARTMENT OF : | |
| CORRECTIONS : | |
|     Defendants. | |

**RULING**

Pending is the defendants' motion for judgment on the pleadings **[Doc. # 29]** pursuant to Fed. R. Civ. P. 12(c). The motion seeks judgment in the defendants' favor on two separate issues: (1) whether the Department of Corrections is the plaintiff's employer under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*; and (2) whether the plaintiff's claims under the Connecticut Fair Employment Practices Act, Conn. Gen. Stat. § 46a-60 *et seq.*, are barred by the Eleventh Amendment of the U.S. Constitution and/or the doctrine of sovereign immunity.

As to the first ground, the motion is **DENIED** without prejudice to the Department of Corrections raising that issue by way of a Fed. R. Civ. P. 50 motion at trial.

At the pretrial conference, the plaintiff indicated that she no longer is pursuing her claims under the Connecticut Fair Employment Practices Act, and was proceeding only with her Title VII claims based on an alleged hostile work environment. Consequently, as to the second ground, the motion is **DENIED** as moot.

1

SO ORDERED this   16th   day of March 2005 at Hartford, Connecticut

          /s/ CFD
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**