UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARLEANA DUFFY | : | CIVIL NO. 3:01CV295 (CFD) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT UNIVERSITY OF CONNECTICUT HEALTH CENTER AND THE STATE OF CONNECTICUT, DEPARTMENT OF CORRECTION | : | |
| *Defendants.* | : | March 14, 2005 |

## APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Please enter my appearance as attorney for the defendants **in addition to** the appearance of Assistant Attorney General Antoria D. Howard, already on file, in the above-referenced matter.

**Dated at Hartford, Connecticut this 14th day of March, 2005**.

            DEFENDANTS

            RICHARD BLUMENTHAL
            ATTORNEY GENERAL

    BY: _____
        Jane B. Emons
        Assistant Attorney General
        Federal Bar No. ct16515
        55 Elm Street - P. O. Box 120
        Hartford, CT  06141-0120
        Tel:  (860) 808-5340
        Fax:  (860) 808-5383
        E-mail: jane.emons@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing **Appearance** was mailed this 14th day of March, 2005 to all counsel of record via first class mail, postage prepaid to:

Tani E. Sapirstein, Esq.
Sapirstein & Sapirstein, P.C.
1341 Main Street
Springfield, MA  01103

                                                                                _____
                                                                                Jane B. Emons
                                                                                Assistant Attorney General