UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DOCKET NO.  301CV295

| | |
|---|---|
| ARLEANA DUFFY, | ) |
|     PLAINTIFF | ) |
| v. | ) |
| | ) |
| STATE OF CONNECTICUT, | ) |
| UNIVERSITY OF CONNECTICUT | ) |
| HEALTH CENTER & | ) |
| STATE OF CONNECTICUT | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
|     DEFENDANTS | ) |
| _____ | ) |

## PLAINTIFF'S PROPOSED VERDICT FORM

### Department of Corrections - Sexual Harassment

1. Did the Department of Corrections have the ability to significantly affect Ms. Duffy's employment as a dental assistant working in the Correctional System?

    Yes _____                                  No _____

    If the answer is "yes," please answer Question No. 2.

    If the answer is "no," please answer Question No. 15.

2. Was Ms. Duffy subjected to unwelcome harassment that was related to her sex?

    Yes _____                                  No _____

    If the answer is "yes," please answer Question No. 3.

    If the answer is "no," please answer Question No. 15.

3. Was the harassment suffered by Ms. Duffy sufficiently severe or pervasive to alter the conditions of her employment by creating an abusive working environment?

    Yes _____                                  No _____

1

      If the answer is "yes," please answer Question No. 4.

      If the answer is "no," please answer Question No. 15.

4. Was the harassment perpetrated by Ms. Duffy's supervisor?

      Yes _____          No _____

      If the answer is "yes," please answer Question No. 5.

      If the answer is "no," please answer Question No. 9.

5. Did the Department of Corrections take reasonable steps to prevent the sexual harassment suffered by Arleana Duffy?

      Yes _____          No _____

      If the answer is "yes," please answer Question No. 6.

      If the answer is "no," please answer Question No. 11.

6. Did Department of Corrections take reasonable steps to promptly and adequately remedy the sexual harassment suffered by Ms. Duffy?

      Yes _____          No _____

      If the answer is "yes," please answer Question No. 7.

      If the answer is "no," please answer Question No. 11.

7. Did the Department of Corrections have measures or procedures in place which Ms. Duffy could utilize to prevent or correct the sexual harassment she suffered?

      Yes _____          No _____

      If the answer is "yes," please answer Question No. 8.

      If the answer is "no," please answer Question No. 11.

8. Did Ms. Duffy take advantage of the preventive and corrective measures provided by the Department of Corrections?

      Yes _____          No _____

       If the answer is "yes," please answer Question No. 11.

       If the answer is "no," please answer Question No. 15.

9. Did the Department of Corrections know or have reason to know that Ms. Duffy was subjected to unwelcome harassment that was related to her sex?

       Yes _____                   No _____

       If the answer is "yes," please answer Question No. 10.

       If the answer is "no," please answer Question No. 15.

10. Did the Department of Corrections promptly and adequately remedy the sexual harassment suffered by Ms. Duffy?

       Yes _____                   No _____

       If the answer is "yes," please answer Question No. 15.

       If the answer is "no," please answer Question No. 11.

11. Do you find that Ms. Duffy lost pay as a result of the Department of Corrections' actions?

       Yes _____                   No _____

       If the answer is "yes," please answer Question No. 12.

       If the answer is "no," please answer Question No. 13.

12. What amount will fully compensate Ms. Duffy for her lost pay?

       Back Pay $_____

       Please proceed to Question No. 12.

13. Do you find that Ms. Duffy suffered emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, or other nonpecuniary losses as a result of the Department of Corrections actions?

       Yes _____                   No _____

       If the answer is "yes," please answer Question No. 14.

    If the answer is "no," please answer Question No. 15.

14. What amount will fully compensate Ms. Duffy for her emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, or other nonpecuniary losses ?

    $_____

    Please proceed to Question No. 14.

### University of Connecticut Health Center - Sexual Harassment

15. Was Ms. Duffy subjected to unwelcome harassment that was related to her sex?

    Yes _____        No _____

    If the answer is "yes," please answer Question No. 16.

    If the answer is "no," please date and sign this form.

16. Was the harassment suffered by Ms. Duffy sufficiently severe or pervasive to alter the conditions of her employment by creating an abusive working environment?

    Yes _____        No _____

    If the answer is "yes," please answer Question No. 17.

    If the answer is "no," please date and sign this form.

17. Was the harassment perpetrated by Ms. Duffy's supervisor?

    Yes _____        No _____

    If the answer is "yes," please answer Question No. 18.

    If the answer is "no," please answer Question No. 22.

18. Did the University of Connecticut Health Center take reasonable steps to prevent the sexual harassment suffered by Arleana Duffy?

Yes _____                                        No _____

If the answer is "yes," please answer Question No. 19.

If the answer is "no," please answer Question No. 24.

19. Did University of Connecticut Health Center take reasonable steps to promptly and adequately remedy the sexual harassment suffered by Ms. Duffy?

Yes _____                                        No _____

If the answer is "yes," please answer Question No. 20.

If the answer is "no," please answer Question No. 24.

20. Did the University of Connecticut Health Center have measures or procedures in place which Ms. Duffy could utilize to prevent or correct the sexual harassment she suffered?

Yes _____                                        No _____

If the answer is "yes," please answer Question No. 21.

If the answer is "no," please answer Question No. 24.

21. Did Ms. Duffy take advantage of the preventive and corrective measures provided by the University of Connecticut Health Center?

Yes _____                                        No _____

If the answer is "yes," please answer Question No. 24.

If the answer is "no," please sign and date this form.

22. Did the Department of Corrections know or have reason to know that Ms. Duffy was subjected to unwelcome harassment that was related to her sex?

Yes _____                                        No _____

If the answer is "yes," please answer Question No. 23.

If the answer is "no," please sign and date this form.

23. Did the University of Connecticut Health Center promptly and adequately remedy the sexual harassment suffered by Ms. Duffy?

        Yes _____          No _____

    If the answer is "yes," please sign and date this form.

    If the answer is "no," please answer Question No. 24.

24. Do you find that Ms. Duffy lost pay as a result of the Department of Corrections' actions?

    Yes _____          No _____

    If the answer is "yes," please answer Question No. 25.

    If the answer is "no," please answer Question No. 26.

25. What amount will fully compensate Ms. Duffy for her lost pay?

    Back Pay $_____

    Please proceed to Question No. 26.

26. Do you find that Ms. Duffy suffered emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, or other nonpecuniary losses as a result of the Department of Corrections actions?

    Yes _____          No _____

    If the answer is "yes," please answer Question No. 27.

    If the answer is "no," please sign and date this form.

27. What amount will fully compensate Ms. Duffy for her emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, or other nonpecuniary losses ?

    $_____

    Please sign and date this form.

Date:_____      Signed:_____

A:\Verdict form.wpd