UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARLEANA DUFFY | : CIVIL NO. 3:01CV295(CFD) |
| *Plaintiff* | : |
| v. | : |
| STATE OF CONNECTICUT UNIVERSITY OF CONNECTICUT HEALTH AND THE STATE OF CONNECTICUT DEPARTMENT OF CORRECTION | : |
| *Defendants* | : MARCH 16, 2005 |

## DEFENDANTS' MODIFIED PROPOSED VERDICT FORMS

**A.    Defendant University of Connecticut Health Center**

1. Did plaintiff Arleana Duffy prove that she was subjected to unwelcome sexual advances in the workplace that was related to her sex?

   Yes ____    No ____

   If the answer is yes, please answer Question No. 2

   If the answer is no, please sign and date this form.

2. Did the plaintiff, Arleana Duffy prove that the harassment she suffered was sufficiently severe or pervasive to alter the conditions of her employment by creating an abusive working environment?

   Yes ____    No ____

   If the answer is yes, please answer Question No. 3

   If the answer is no, please sign and date this form.

3. Was the harassment perpetrated by Ms. Duffy's supervisor?

   Yes _____    No _____

   If the answer is yes, please answer Question No. 4

   If the answer is no, please go to Question No. No. 6

4. Did the defendant take reasonable steps to prevent the sexual harassment of Ms. Duffy?

   Yes _____    No _____

5. Did the defendant take reasonable steps to promptly and adequately remedy the sexual harassment of Ms. Duffy?

   Yes _____    No _____

   If the answer is yes, please sign and date this form.

   If the answer is no, please go to Question No. 8

6. Was the defendant aware of the sexual harassment?

   Yes _____    No _____

   If the answer is yes, please answer Question No. 7

   If the answer is no, please sign and date this form.

7. Did the defendant take prompt and appropriate corrective action?

   Yes _____    No _____

   If the answer is yes, sign and date this form

      If the answer is no, please answer Question No. 8

8.      Did Ms. Duffy prove that she suffered emotional pain suffering, inconvenience, mental anguish, loss of enjoyment of life, or other nonpecuniary losses as a result of the defendant's actions?

      Yes _____     No _____

      If the answer is yes, please answer Question No. 9

      If the answer is no, please sign and date this form.

9.      What amount will fully compensate Ms. Duffy for emotional pain suffering, inconvenience, mental anguish, loss of enjoyment of life, or other nonpecuniary losses?

      $ _____

      Please sign and date this form.

_____     _____

Foreperson                                                                                       Date

**B.     Defendant State of Connecticut Department of Correction**

1.      Did plaintiff Arleana Duffy prove that the Department of Correction is her employer?

    Yes _____     No. _____

    If the answer is yes, please answer Question No. 2

    If the answer is no, please sign and date this form.

2.     Did plaintiff Arleana Duffy prove that she was subjected to unwelcome sexual advances in the workplace that was related to her sex?

    Yes _____     No _____

    If the answer is yes, please answer Question No. 3

    If the answer is no, please sign and date this form.

3.     Did the plaintiff, Arleana Duffy prove that the harassment she suffered was sufficiently severe or pervasive to alter the conditions of her employment by creating an abusive working environment?

    Yes _____     No _____

    If the answer is yes, please answer Question No. 4

    If the answer is no, please sign and date this form.

4.     Was the harassment perpetrated by Ms. Duffy's supervisor?

    Yes _____     No _____

    If the answer is yes, please answer Question No. 5

    If the answer is no, please go to Question No. 7

5. Did the defendant take reasonable steps to prevent the sexual harassment of Ms. Duffy?

    Yes _____   No _____

6. Did the defendant take reasonable steps to promptly and adequately remedy the sexual harassment of Ms. Duffy?

    Yes _____   No _____

    If the answer is yes, please sign and date this form.

    If the answer is no, please go to Question No. 9

7. Was the defendant aware of the sexual harassment?

    Yes _____   No _____

    If the answer is yes, please answer Question No. 8

    If the answer is no, please sign and date this form.

8. Did the defendant take prompt and appropriate corrective action?

    Yes _____   No _____

    If the answer is yes, sign and date this form

    If the answer is no, please answer Question No. 9

9. Did Ms. Duffy prove that she suffered emotional pain suffering, inconvenience, mental anguish, loss of enjoyment of life, or other nonpecuniary losses as a result of the defendant's actions?

Yes _____    No _____

If the answer is yes, please answer Question No. 10

If the answer is no, please sign and date this form.

10.     What amount will fully compensate Ms. Duffy for emotional pain suffering, inconvenience, mental anguish, loss of enjoyment of life, or other nonpecuniary losses?

$ _____

Please sign and date this form.

_____          _____
Foreperson                                                                  Date