**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ARLEANA DUFFY | : | CIVIL NO. 3:01CV295(CFD) |
| *Plaintiff* | : | |
| v. | : | |
| STATE OF CONNECTICUT UNIVERSITY OF CONNECTICUT HEALTH AND THE STATE OF CONNECTICUT DEPARTMENT OF CORRECTION | : | |
| *Defendants* | : | MARCH 16, 2005 |

## DEFENDANTS' OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST

1. Department of Corrections Background Information Sheet for Ms. Duffy 7/23/99

2. Department of Corrections Release of Information Form for Ms. Duffy 7/23/99

3. C.O.L.L.E.C.T. Investigation Summary Department of Corrections U.C.H.C. for Ms. Duffy  8/27/99

4. Letter of Employment   9/7/99

5. State of Connecticut Designation of Retirement System   9/10/99

    **OBJECTION**: Relevance

6. Acknowledgment Department of Corrections Employee Handbook

7. Department of Corrections Training Program Memorandum   9/24/99

8. 11/26/99 Department of Corrections Performance Appraisal

9. 12/10/99 Letter

10. 12/15/99 Letter

11. 12/16/99 Letter

12. 12/19/99 Letter and Envelope

13. 12/17/99 Incident Report - Ms. Duffy

14. 1-800 Flowers.com Card

15. 12/16/99 Statement of Ms. Duffy

16. Calender Notes

    **OBJECTION**:  Relevance, Foundation (see Motion in Limine)

17. Letter to Walsh

    **OBJECTION**:  Relevance, Foundation (see Motion in Limine)

18. Letter to Walsh

    **OBJECTION**:  Relevance, Foundation (see Motion in Limine)

19. 10/15/98 Incident Report - Ms. Walsh

    **OBJECTION**:  Relevance, Foundation (see Motion in Limine)

20. Walsh Employee Rights and Responsibilities   12/16/99

    **OBJECTION**:  Relevance, Foundation (see Motion in Limine)

21. 10/21/98 Incident Report - Ms. Walsh

    **OBJECTION**:  Relevance, Foundation (see Motion in Limine)

22. In / Out Sheets   10/98

    **OBJECTION**:  Relevance, Foundation (see Motion in Limine)

23. 12/21/99 Investigation Authorization

24. Connecticut Department of Corrections Contraband/Criminal Physical Evidence and Chain of Custody

25. Summary of Investigation

26. 11/9/01 Chain of Command Memorandum

    **OBJECTION**: Relevance

27. 12/22/99 Letter placing Dr. Young on Leave

28. 1/26/00 "Loudermill" Hearing Notes

    **OBJECTION**: Hearsay (See Motion in Limine)

29. Last Chance Agreement   2/4/00

30. 11/5/99 Request for Leave

    **OBJECTION**: Relevance

31. 12/1/99 Request for Leave

    **OBJECTION**: Relevance

32. Administrative Investigation Statement

    **OBJECTION**: Relevance, Hearsay, Foundation

33. 12/22/99 Statement of Dr. Young

34. 2/8/00 Reassignment of Dr. Young

35. Memorandum regarding order not to call Osborn Correctional Institution dated 6/21/04

    **OBJECTION**: Relevance, Foundation (See Motion in Limine)

36. 12/3/03 Incident Report

    **OBJECTION**: Relevance, Foundation (See Motion in Limine)

37. 6/10/04 Incident Report

  **OBJECTION**:  Relevance, Foundation (See Motion in Limine)

38. 12/8/03 Incident Report

  **OBJECTION**:  Relevance, Foundation (See Motion in Limine)

           DEFENDANTS

           UCONN HEALTH CENTER, ET AL.

           RICHARD BLUMENTHAL
           ATTORNEY GENERAL

           _____

     BY: Antoria D. Howard
       Assistant Attorney General
       55 Elm Street
       Hartford, CT 06141-0120
       Tel.:  (860) 808-5340
       Fax:  (860) 808-5383
       Federal Bar No. Ct #17494
      E-Mail:Antoria.Howard@po.state.ct.us

## **CERTIFICATION**

 I hereby certify that a copy of the foregoing was hand-delivered this 16th day of March 2005, to the following counsel of record:

  Tani E. Sapirstein, Esq.
  Sapirstein & Sapirstein, P.C.
  1341 Main Street
  Springfield, MA  01103

          _____
          Antoria D. Howard
          Assistant Attorney General