UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARLEANA DUFFY  :
    Plaintiff,  :
           :
v.          :   Civil Action No. 3:01CV295(CFD)
           :
STATE OF CONNECTICUT,  :
UNIVERSITY OF CONNECTICUT  :
HEALTH CENTER, and STATE OF  :
CONNECTICUT DEPARTMENT OF  :
CORRECTIONS  :
    Defendants.  :

## RULING ON MOTIONS IN LIMINE

Pending are the defendants' four motions in limine. The plaintiff has filed memoranda in opposition to three of the defendants' motions. After consider the arguments made by their parties in their memoranda and at oral argument, the Court issues the following rulings:

**I    Motion # 40**

**DENIED**, without prejudice to objecting to particular evidence offered at trial. The Court, in arriving at this conclusion, has applied the balancing test of F.R.E. 403.

**II    Motion # 41**

**DENIED**, without prejudice to renewing at trial and without prejudice to objecting to particular evidence at trial.

**III    Motion # 42**

**DENIED**, without prejudice to renewing at trial and without prejudice to objecting to particular evidence at trial.

1

**IV**     Motion #43

   **GRANTED**, absent objection.

   SO ORDERED this 22nd day of March 2005 at Hartford, Connecticut

                             CHRISTOPHER F. DRONEY
                             UNITED STATES DISTRICT JUDGE