# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ARLEANA DUFFY
    Plaintiff,

     :

v.
     :     Civil Action No. 3:01CV295(CFD)

STATE OF CONNECTICUT,
UNIVERSITY OF CONNECTICUT
HEALTH CENTER, and STATE OF
CONNECTICUT DEPARTMENT OF
CORRECTIONS
    Defendants.

United States District Court
District of Connecticut
FILED AT     HARTFORD
4/6        2005
Kevin F. Rowe, Clerk
By
Deputy Clerk

## PROPOSED VERDICT FORM

1.    Do you find that Arleana Duffy was subjected to a hostile work environment due to the sexual harassment by Dr. Young?

          YES_____          NO_____

    **If you answered "Yes" to Question 1, proceed to Question 2.**

    **If you answered "No" to Question 1, sign and date this form.**

2.    Do you find that Dr. Young was Arleana Duffy's supervisor?

          YES_____          NO_____

    **If you answered "Yes" to Question 2, proceed to Question 3.**

    **If you answered "No" to Question 2, proceed to Question 4.**

3.    Do you find that the affirmative defense has been proven?

          YES_____          NO_____

    **If you answered "Yes" to Question 3, sign and date this form.**

    **If you answered "No" to Question 3, proceed to Question 5.**

1

4.  Do you find that the employer(s) knew, or should have known, about the harassment but failed to take appropriate remedial action?

    YES_____        NO_____

    **If you answered "Yes" to Question 4, proceed to Question 5.**

    **If you answered "No" to Question 4, sign and date this form.**

5.  Do you find that the State of Connecticut Department of Correction was Arleana Duffy's employer or a joint employer with the University of Connecticut Health Center?

    YES_____        NO_____

    **Proceed to Question 6.**

6.  Indicate the amount of damages you award Arleana Duffy.

    $_____

**You have completed your deliberations.  Please sign and date this form.**

_____
Foreperson

_____
Date