COURT'S EXHIBIT
01Cv295 CFD

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARLEANA DUFFY
    Plaintiff,

v.

Civil Action No. 3:01CV295(CFD)

STATE OF CONNECTICUT,
UNIVERSITY OF CONNECTICUT
HEALTH CENTER, and STATE OF
CONNECTICUT DEPARTMENT OF
CORRECTIONS
    Defendants.

United States District Court
District of Connecticut
FILED AT        HARTFORD

APR 6, 2005
Kevin F. Rowe, Clerk
By_____
Deputy Clerk

### VERDICT FORM

1. Do you find that Arleana Duffy was subjected to a hostile work environment due to the sexual harassment by Dr. Young?

    YES ✓        NO ____

    If you answered "Yes" to Question 1, proceed to Question 2.

    If you answered "No" to Question 1, sign and date this form.

2. Do you find that Dr. Young was Arleana Duffy's supervisor?

    YES ____        NO ✓

    If you answered "Yes" to Question 2, proceed to Question 3.

    If you answered "No" to Question 2, proceed to Question 4.

3. Do you find that the affirmative defense has been proven?

    YES ____        NO ____

    If you answered "Yes" to Question 3, sign and date this form.

    If you answered "No" to Question 3, proceed to Question 5.

1

4.  Do you find that the employer(s) knew, or should have known, about the harassment but failed to take appropriate remedial action?

    YES_____    NO __✓__

**If you answered "Yes" to Question 4, proceed to Question 5.**

**If you answered "No" to Question 4, sign and date this form.**

5.  Do you find that the State of Connecticut Department of Correction was Arleana Duffy's employer or a joint employer with the University of Connecticut Health Center?

    YES_____    NO_____

**Proceed to Question 6.**

6.  As to the University of Connecticut Health Center, indicate the amount of damages you award Arleana Duffy.

    $_____

    As to the State of Connecticut Department of Correction, indicate the amount of damages you award Arleana Duffy. (Remember, in order to find damages against the Department of Correction, you must have answered "Yes" to Question 5.

    $_____

**You have completed your deliberations. Please sign and date this form.**

_Jane E Wright_
Foreperson

_April 6, 2005_
Date

2