AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF CONNECTICUT

Duffy
UConn

COURT EXHIBITS

CASE NUMBER: 01CV295 CFD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| C.F DRONEY | Sapirstein | Howard |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/4- | Marshall | Dew |

| COURT EXHIBITS | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|
| 1 | 4-6-05 | | | Verdict form |
| 2 | " | | | Jury Instructions |
| 3 | " | | | Verdict |

United States District Court
District of Connecticut
FILED AT    HARTFORD
Apr. 6,    2005
Kevin F. Rowe, Clerk
By_____
Deputy Clerk