AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF **CONNECTICUT**

Duffy v. UConn

**PLAINTIFF'S WITNESS LIST**

CASE NUMBER: 01CV295 CFD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| DRONEY | Saperstein | Howard |
| TRIAL DATE(S) 4/4 – 4/6 | COURT REPORTER MARSHALL | COURTROOM DEPUTY Dew |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 4-4-05 | | | Arleana Duffy, Springfield, MA |
| | | " | | | Marjorie Bath Orduz, Manchester, CT |
| | | " | | | Lt. Bernard Lieb, er, DOC. |
| | | " | | | Pamela Sea, Southington, CT |
| | | " | | | Karen Duffy Wallace - UConn |
| | | 4-5-05 | | | Karen Duffy Wallace - " |
| | | " | | | Major Jeff McGill, Somers, CT |
| | | " | | | Michael Young, Bloomfield, Ave. Windsor |
| | | " | | | Lucy Duffy, Springfield, MA |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages