# United States District Court

DISTRICT OF CONNECTICUT

Duffy
v.
UConn

PLAINTIFF'S **EXHIBIT** LIST

CASE NUMBER: 01CV295 CFD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| DRONEY | Sapirstein | Howard |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/4 – 4/6 | MARSHALL | Devo |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | *See attached* |
| | | | | | [Filed stamp: United States District Court, Hartford, APR 6 2005, Kevin F. Rowe, Clerk] |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages

## PLAINTIFF'S EXHIBIT LIST

4-4-05

- Full 1. Department of Corrections Background Information Sheet for Ms. Duffy  7/23/99
- " Full 2. Department of Corrections Release of Information Form for Ms. Duffy  7/23/99
- " Full 3. C.O.L.L.E.C.T. Investigation Summary Department of Corrections U.C.H.C. for Ms. Duffy  8/27/99
- " Full 4. Letter of Employment  9/7/99
- " Full 5. State of Connecticut Designation of Retirement System  9/10/99
- " Full 6. Acknowledgment Department of Corrections Employee Handbook
- " Full 7. Department of Corrections Training Program Memorandum  9/24/99
- " Full 8. 11/26/99 Department of Corrections Performance Appraisal
- " Full 9. 12/10/99 Letter
- " Full 10. 12/15/99 Letter
- " Full 11. 12/16/99 Letter
- " Full 12. 12/19/99 Letter and Envelope
- " Full 13. 12/17/99 Incident Report - Ms. Duffy
- " Full 14. 1-800 Flowers.com Card
- " Full 15. 12/23/99 Statement of Ms. Duffy
- " Full 16. Calender Notes
- " Full 17. Letter to Walsh
- " Full 18. Letter to Walsh
- " Full 19. 10/15/98 Incident Report - Ms. Walsh
- " Full 20. Walsh Employee Rights and Responsibilities  12/16/99
- Full 21. 10/21/98 Incident Report - Ms. Walsh

_Full_ 22.  *4-4-05* In / Out Sheets   10/98

_Full_ 23.  *4-5* 12/21/99 Investigation Authorization

_Full_ 24.  *4-5* Connecticut Department of Corrections Contraband/Criminal Physical Evidence and Chain of Custody

_Full_ 25.  *4-5* Summary of Investigation

_Full_ 26.  *4-4-05* 11/9/01 Chain of Command Memorandum

_Full_ 27.  *4-4-05* 12/22/99 Letter placing Dr. Young on Leave

_____ 28.  1/26/00 "Loudermill" Hearing Notes

_Full_ 29.  *4-5* Last Chance Agreement   2/4/00

_Full_ 30.  *4-5* 11/5/99 Request for Leave

_Full_ 31.  *4-5* 12/1/99 Request for Leave

_Full_ 32.  *4-5* Administrative Investigation Statement

_Full_ 33.  *4-5* 12/22/99 Statement of Dr. Young

_____ 34.  2/8/00 Reassignment of Dr. Young

_Full_ 35.  *4-5* Memorandum regarding order not to call Osborn Correctional Institution dated 6/21/04

_____ 36.  12/3/03 Incident Report

_____ 37.  6/10/04 Incident Report

_____ 38.  12/8/03 Incident Report