AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF Connecticut

Duffy et al.
UConn

Def't's

EXHIBIT ~~AND WITNESS~~ LIST

CASE NUMBER: 01CV295 CFD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Droney | Saperstein | Howard |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/4 – 4/6 | Marshall | Den |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 4-4-05 | | | |
| | | | | | |
| | | | | | See attached |
| | | | | | |
| | | | | | United States District Court FILED AT HARTFORD APR 6 2005 By _____ Deputy Clerk |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARLEANA DUFFY<br>*Plaintiff* | : | CIVIL NO. 3:01CV295(CFD) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT UNIVERSITY<br>OF CONNECTICUT HEALTH AND THE<br>STATE OF CONNECTICUT DEPARTMENT<br>OF CORRECTION<br>*Defendants* | :<br>:<br>: | MARCH 16, 2005 |

## DEFENDANT'S EXHIBIT LIST

4-4-05 Full 1.  Plaintiff's application for employment with UCONN Health Center

_____ 2.  Plaintiff's acceptance letter for the position of Dental Assistant dated September 7, 1999

4-4 Full 3.  Statement of Plaintiff, dated June 14, 2000

4-5 Full 4.  Memorandum of Understanding between the University of Connecticut Health Center and the Department of Correction dated August 11, 1997

_____ 5.  Report of Investigation performed by Major Jeffery McGill

_____ 6.  Letter to Michael Young dated December 22, 1999

_____ 7.  Stipulated Agreement dated 2/4/00

_____ 8.  Letter to Arleana Duffy from "Secret Admirer" dated December 10, 1999, with envelope

_____ 9.  Letter to Arleana Duffy from "your secret admirer" dated December 15, 1999, with envelope

_____ 10. Letter to Arleana Duffy from "your secret admirer" dated December 15, 1999, with envelope

_____ 11. Letter to Arleana Duffy from "Your Secret Admirer" dated December 16, 1999, with envelope

_____ 12. Letter to Arleana Duffy from "Your Secret Admirer" dated December 19, 1999, with envelope

4-4 *Full* 13. Ethics Statement

The defendants reserve the right to use any of the plaintiff's exhibits, to offer rebuttal exhibits, and to supplement its exhibit list prior to trial

4-4 *Full* 14. Incident Report

4-5 *Full* 15. Policy Statement