UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARLEANA DUFFY | : |
| v. | :   CASE NO. 3-01-CV-295 (CFD) |
| STATE OF CONNECTICUT, UNIVERSITY OF CONNECTICUT HEALTH CENTER, and STATE OF CONNECTICUT DEPARTMENT OF CORRECTIONS | :<br><br>: |

## **JUDGMENT**

This matter having come on for trial before a jury and the Honorable Christopher F. Droney, United States District Judge; and

On April 6, 2005, after deliberation, the jury having returned a verdict for the defendants; it is therefore

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered for the defendants.

Dated at Hartford, Connecticut, this 7th day of April, 2005.

KEVIN F. ROWE, Clerk

By _____
Devorah Johnson
Deputy Clerk

EOD_____