UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DOCKET NO.  301CV295CFD

| | |
|---|---|
| **ARLEANA DUFFY**, | ) |
|     **PLAINTIFF** | ) |
| v. | ) |
| | ) |
| **STATE OF CONNECTICUT,** | ) |
| **UNIVERSITY OF CONNECTICUT** | ) |
| **HEALTH CENTER &** | ) |
| **STATE OF CONNECTICUT** | ) |
| **DEPARTMENT OF CORRECTIONS**, | ) |
|     **DEFENDANTS** | ) |
| _____ | ) |

## PLAINTIFF'S MOTION FOR A NEW TRIAL

The Plaintiff, Arleana Duffy, pursuant to Federal Rule of Civil Procedure 59, hereby moves this honorable Court for a new trial in this matter.  Ms. Duffy respectfully submits that two findings reflected on the Jury's Verdict Form were erroneous and against the weight of the evidence presented at trial.   The resulting jury verdict, based on these erroneous findings, constitutes a miscarriage of justice.

As grounds in support of this Motion, Ms. Duffy respectfully refers the Court to the attached Memorandum of Law in Support of her Motion for a New Trial.  In addition, Ms. Duffy respectfully requests that a hearing be conducted on this motion.

For all of the reasons stated in the attached Memorandum of Law, the Plaintiff, Arleana Duffy, moves this honorable Court to allow her Motion for a New Trial.

1

                Respectfully submitted,
                The Plaintiff, By Her Attorney

                Tani E. Sapirstein, Esq.
                Federal Bar No. 21160
                Sapirstein & Sapirstein, P.C.
                1341 Main Street, 3rd Floor
                Springfield, MA  01103
                Tel:   (413) 827-7500
Date:  April 14, 2005        Fax:   (413) 827-7797

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above document was served upon the following, via first class mail, postage prepaid:

    Antoria D. Howard, Esq.
    Assistant Attorney General
    55 Elm Street
    Hartford, CT 06141-0120

                Tani E. Sapirstein

Date:  April 14, 2005

A:\motion for new trial.wpd