## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARLEANA DUFFY | : | CIVIL NO. 3:01CV295 (CFD) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT UNIVERSITY OF | | |
| CONNECTICUT HEALTH CENTER, ET AL. | : | |
| *Defendants* | : | JULY 25, 2005 |

### DEFENDANTS' MOTION FOR NEW HEARING DATE

The defendants hereby request that the hearing on the Plaintiff's Motion for New Trial presently set for August 10, 2005 be rescheduled.  The undersigned counsel represents that she will be out of state from August 5, 2005 though August 22, 2005.  The undersigned spoke with the office of Attorney Tani E. Sapirstein, attorney for the plaintiff, who has no objection to this request for a new hearing date.  However, both counsel request that they be allowed to consult with the Court to schedule a mutually convenient date in late August or early September for the argument.

**WHEREFORE**, the defendants respectfully request that the hearing on the Motion for New Trial be rescheduled.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

_____

BY:   Antoria D. Howard
      Assistant Attorney General
      55 Elm Street
      Hartford, CT 06141-0120
      Tel.:  (860) 808-5340
      Fax:  (860) 808-5383
      Federal Bar No. Ct #17494
      E-Mail:Antoria.Howard@PO.STATE.CT.US

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this _____ day of July 2005,

first class postage prepaid, to:

> Tani E. Sapirstein, Esq.
> Sapirstein & Sapirstein, P.C.
> 1341 Main Street
> Springfield, MA  01103

_____
 Antoria D. Howard
Assistant Attorney General
