UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARLEANA DUFFY<br>   *Plaintiff,* | :   CIVIL NO. 3:01CV0295(CFD)<br>:<br>: |
| v. | :<br>: |
| STATE OF CONNECTICUT UNIVERSITY OF<br>CONNECTICUT HEALTH CENTER AND THE<br>STATE OF CONNECTICUT, DEPARTMENT OF<br>CORRECTION<br>   *Defendants* | :<br>:<br>:<br>:<br>:   December 21, 2005 |

## MOTION FOR COSTS

Judgment in this matter was entered on April 7, 2005 (Doc. # 69) after a two-day jury trial in which a verdict for the defendants was entered (Doc. # 64). The plaintiff filed a motion for a new trial pursuant to Fed. R. Civ. P. 59 on or about April 14, 2005 (Doc. # 70). Oral argument was held before the Honorable District Court Judge Christopher F. Droney on August 30, 2005 (Doc. # 77). The Court issued a six-page decision denying the plaintiff's motion for a new trial on November 16, 2005 (Doc. # 78). The plaintiff has not filed a timely appeal pursuant to FRAP 4, therefore making the Court's decision a final judgment.

Wherefore, pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54 of the Local Rules of Civil Procedure, the defendants, who are the prevailing parties in the above-captioned case, respectfully request that the court assess costs in this action in the amount of $819.16 consistent with the Bill of Costs and Certification attached to this motion as Exhibits A and B.

The actual amounts paid have, in applicable situations, been reduced to reflect the maximum allowable transcript rate, $3.75 per page, pursuant to Vol. VI, Chap. XX of the "Guide to Judiciary Policies and Procedures" and to omit any charges for shipping and handling.

        DEFENDANTS

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


BY: _____
        Antoria D. Howard
        Assistant Attorney General
        Federal Bar No. ct 17494
        55 Elm Street, P.O. Box 120
        Hartford, CT  06141-0120
        Tel:  (860) 808-5340
        Fax: (860) 808-5383
        E-mail: Antoria.Howard@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing **Motion for Costs** with exhibits A and B attached was mailed, U.S. mail first class postage prepaid, this 21st day of December, 2005 to all counsel of record.

    Tani E. Sapirstein, Esq.
    Sapirstein & Sapirstein, P.C.
    1350 Main Street, 12th Floor
    Springfield, MA  01103


        _____
        Antoria D. Howard
        Assistant Attorney General

**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ARLEANA DUFFY | : | CIVIL NO. 3:01CV0295(CFD) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT UNIVERSITY OF CONNECTICUT HEALTH CENTER AND THE STATE OF CONNECTICUT, DEPARTMENT OF CORRECTION | : | |
| *Defendants* | : | December 21, 2005 |

**BILL OF COSTS**

1. Fees of the Court Reporter .......................................... $ 393.75
   Deposition of Arleana Duffy, dated
   February 14, 2002 – invoice attached

2. Fees of the Court Reporter…………………………… 93.44
   Deposition of Pamela Shea, dated
   March 25, 2002 – invoice attached

3. Fees of the Court Reporter …………………………... 100.28
   Deposition of Michael Young, dated
   February 5, 2002 -- invoice attached

4. Fees of the Court Reporter…………………………….. 198.27
   Depositions of Jeffrey McGill and Karen Duffy
   Wallace, dated February 8, 2002 – invoice attached

5. Fees of State Marshal ………………………………… 33.42
   Subpoena for trial – invoice attached

        **TOTAL**                                      **$819.16**

3

**EXHIBIT B**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ARLEANA DUFFY          : | CIVIL NO. 3:01CV0295(CFD) |
|    *Plaintiff,*          : | |
|                 : | |
| v.          : | |
|                 : | |
| STATE OF CONNECTICUT UNIVERSITY OF | |
| CONNECTICUT HEALTH CENTER AND THE | |
| STATE OF CONNECTICUT, DEPARTMENT OF | |
| CORRECTION          : | |
|    *Defendants*          : | December 21, 2005 |

**CERTIFICATION**

I, Antoria D. Howard, an Assistant Attorney General for the State of Connecticut, hereby certify that the foregoing costs were necessarily incurred in the defense of this matter, and that they accurately and completely reflect the costs spent by defendants in preparation of trial, preliminary injunction hearing and/or the motion for summary judgment filed in this case.

_____
Antoria D. Howard
Assistant Attorney General

Subscribed and sworn to before me by the above affiant on this the _____ day of December, 2005.

_____
Notary Public/Commissioner of the Superior Court