# Brandon Smith Reporting Service, LLC

# Invoice

11-A Capitol Ave.
Hartford, CT 06106
860-549-1850
Tax ID # 06-144-8649

| DATE | INVOICE # |
|---|---|
| 2/19/2002 | 963758 |

| BILL TO |
|---|
| Office of the Attorney General<br>Antoria D. Howard, Asst. A.G.<br>55 Elm Street<br>Hartford, CT 06106-1774 |

| SHIP TO |
|---|
| |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| | Net 30 | Howard |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | In re: Arleana Duffy vs. State of Ct.<br>Depo of: Arleana Duffy<br>2/14/02 | | |
| 85 | Transcript pages: Original and 2 copies | 3.95 | 335.75 |
| | Appearance | 75.00 | 75.00 |

Vincent J. DeLaria, RPR
LSR # 00138

**Total**    $410.75

Please return one copy with your payment. We accept Mastercard, Visa, American Express.

# NIZIANKIEWICZ & MILLER

*Sent to UConn 4/11/02*

972 TOLLAND STREET
EAST HARTFORD, CT 06108-1533
(860) 291-9191
FAX (860) 528-1972

*Daniel S. Niziankiewicz*
*Robert Miller*

ANTORIA D. HOWARD, ESQUIRE
STATE OF CONNECTICUT
55 ELM STREET
HARTFORD, CT 06160-1774

DATE        04/02/2002
INVOICE        17054
CLIENT          3475
REFERENCE LEA

Re: ALRELANA DUFFY    STATE OF CONNECTICUT, ET AL
Assignment Date: March 25, 2002

Deposition Of - PAMELA SHEA
  42 pages
USDC OPPOSING COUNSEL                               88.15
                                                ==========
                            Total Amount $        88.15
                                     Tax $         5.29
                              Total due  $        93.44

WE APPRECIATE YOUR BUSINESS!
PAYMENT DUE UPON RECEIPT OF THIS INVOICE

*UConn OK to pay*
*[signature] 4/11/02*

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

CLIENT'S COPY



AH

**972 TOLLAND STREET**
**EAST HARTFORD, CT  06108-1533**
**(860) 291-9191**
**FAX (860) 528-1972**

*Daniel S. Niziankiewicz*
*Robert Miller*

```
ANTORIA D. HOWARD, ESQUIRE
STATE OF CONNECTICUT
55 ELM STREET                                   DATE
HARTFORD, CT  06160-1774                        INVOICE    15767
                                                CLIENT      3475
                                                REFERENCE  LEA
```

Re: ARLEANA DUFFY    STATE OF CONNECTICUT, ET AL
Assignment Date: February 05, 2002

Deposition Of - MICHAEL YOUNG
   44 pages
USDC OPPOSING COUNSEL                                       94.60
                                                         ==========
                                     Total Amount $         94.60
                                              Tax $          5.68
                                        Total due $        100.28

YOUR ACCOUNT IS NOW PAST DUE!
PROMPT PAYMENT WOULD BE APPRECIATED!

*OK to pay*
*Antoria Howard  3/27/02*

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

# NIZIANKIEWICZ & MILLER

972 TOLLAND STREET
EAST HARTFORD, CT 06108-1533
(860) 291-9191
FAX (860) 528-1972

*Daniel S. Niziankiewicz*
*Robert Miller*



ANTORIA D. HOWARD, ESQUIRE
STATE OF CONNECTICUT
55 ELM STREET
HARTFORD, CT 06160-1774

DATE        02/21/2002
INVOICE     16002
CLIENT      3475
REFERENCE   LEA

Re: ARLEANA DUFFY    STATE OF CONNECTICUT, ET AL
Assignment Date: February 08, 2002

```
Deposition Of - JEFFREY MCGILL
  49 pages
  USDC OPPOSING COUNSEL                              105.35

Deposition Of - KAREN DUFFY WALLACE
  38 pages
  USDC OPPOSING COUNSEL                               81.70
                                                  ==========
                            Total Amount $         187.05
                                    Tax $           11.22
                            Total due   $          198.27
```

WE APPRECIATE YOUR BUSINESS!
PAYMENT DUE UPON RECEIPT OF THIS INVOICE

UConn Health Center

OK to pay

*[signature]*

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

CLIENT'S COPY

| STATE MARSHAL SERVICES INVOICE FOR SERVICE OF PROCESS Judicial Use Only Rev. 3-1-05 | | | | STATE OF CONNECTICUT JUDICIAL BRANCH ACCOUNTS PAYABLE DIVISION | |
|---|---|---|---|---|---|
| BUSINESS UNIT NAME JUDMI | CONTROL GROUP | VOUCHER# | | INVOICE Amount | $ 33.42 |
| DOCUMENT DATE | INVOICE DATE 03-30-05 | ACCOUNTING DATE | | VENDOR FEIN | 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 |

### MARSHAL INFORMATION

| MARSHAL'S NAME | CHARLES LILLEY | | MARSHAL'S TELEPHONE NUMBER 860-305-4722 |
|---|---|---|---|
| TITLE | CONNECTICUT STATE MARSHAL | | |
| ADDRESS | P.O. Box 340595 | | MARSHAL'S FAX NUMBER 860-522-7009 |
| CITY HARTFORD | STATE CT | COUNTY HARTFORD   ZIP CODE 06134 | |

**VENDOR BILLING IDENTIFICATION (E.G. SERVICE DATE, CASE NAME)**

**ARLEANA DUFFY vs UCONN HEALTH CENTER, ET AL**

### CASE INFORMATION

COURT INFORMATION:  COURT TYPE (JD JUV I HOUSING GA)   COURT LOCATION

HARTFORD   at   HARTFORD

COURT ADDRESS: 450 Main Street, Hartford, CT 06103

CASE NUMBER: 3:01CV0295 (CFD)   DATE OF SERVICE: March 30, 2005

CASE NAME: ARLEANA DUFFY vs UCONN HEALTH CENTER, ET AL

NAME OF PERSON SERVED: Pam Shea c/o Blue Hills Hospital

NAME, TYPE OF DOCUMENT SERVED: Federal Subpoena

### MILEAGE RECORD

| FROM | TO: (STREET ADDRESS, CITY/TOWN) | TOTAL MILES | RATE | AMOUNT |
|---|---|---|---|---|
| 39 Russ Street, Hartford | 500 Vine Street, Hartford | 4 | $0.405 | $ 1.62 |
| | | | $0.405 | |
| | | | $0.405 | |
| | | | $0.405 | |
| | | | $0.405 | |
| | | TOTAL MILEAGE | | $ 7.29 |

| DESCRIPTION OF FEE | FEES | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| SERVICE | | 1 | $30.00 | $ 30.00 |
| 2ND AND SUBSEQUENT SERVICES - DIFFERENT ADDRESS | | | $30.00 | |
| SERVICE NOTIFICATION TO ATTORNEY GENERAL'S OFFICE | | | $10.00 | |
| COPY FEES | | 1 | $1.00 | 1.00 |
| ENDORSEMENT FEES | | 2 | $0.40 | .80 |
| | | | TOTAL FEES | $ 31.80 |

### INVOICE TOTAL

| INVOICE AMOUNT | | | | | | | TOTAL MILEAGE TOTAL FEES | $ 33.42 |
|---|---|---|---|---|---|---|---|---|
| | GL UNIT | FUND | DEPARTMEN | SID | PROGRAM | ACCOUNT | PROJECT GRANT | BUDGET REFERENCE |
| | STATE | 11000 | | 10020 | 22003 | 1 51930 | JUD_NONPROJECT | |

I CERTIFY THAT THE SERVICES HAVE BEEN PERFORMED AND THE EXPENSES INCURRED AS STATED WERE NECESSARY AND PROPER, AND THAT THE AMOUNTS CLAIMED ARE THOSE ALLOWED BY STATUTE.

CERTIFICATION

MARSHAL'S SIGNATUR DATE 4-1-05 *[signature]*

SERVICES RENDERED –SIGNATURE *[signature]*   DATE 4/1/05

*approved for payment*

AO 88 (Rev. 11/91) Subpoena in a Civil Case

# United States District Court

_____ DISTRICT OF _____
CONNECTICUT

Arleana Duffy

V.

UCONN Health Center, et al.

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 3:01CV0295 (CFD)

TO: Pam Shea, c/o Blue Hills Hospital, 500 Vine Street, Hartford, CT 06112

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| 450 Main Street, Hartford, CT 06103 | Judge Droney, Courtroom # 2 |
| | DATE AND TIME |
| | Monday, April 4, 2005 at 10:00 a.m. |

[ ] YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

[ ] YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

[ ] YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Antoria D. Howard - Defendant | 3/29/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Antoria D. Howard, AAG, Office of the Attorney General, 55 Elm Street, Hartford, CT 06141-0120; Tel.: (860) 808-5340

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)