UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARLENA DUFFY | : |
| | : |
| Vs. | : CASE NO. 3:01CV295(CFD) |
| | : |
| STATE OF CONNECTICUT UNIVERSITY OF CONNECTICUT HEALTH CENTER AND THE STATE OF CONNECTICUT, DEPARTMENT OF CORRECTION | : : : : |

### RULING ON DEFENDANTS' MOTION FOR COSTS

Judgment entered for the defendants on April 7, 2005, after a jury trial in which a verdict was returned for the defendants. On April 14, 2005, plaintiff filed a motion for a new trial. On April 21, 2005, defendants filed an objection to the motion for a new trial. On August 30, 2005, a hearing was held on the motion for a new trial. On November 16, 2005, plaintiff's motion for a new trial was denied. Therefore, the defendants are the prevailing parties in this case. On December 22, 2005, the defendants submitted a motion for costs and no objection has been filed to date. For the reasons stated below, the defendants' motion for costs is granted in its entirety.

I. COURT REPORTER FEES: Pursuant to Local Rule 54(c)2(ii), the cost of an original and one copy of deposition transcripts are recoverable as costs, if used at trial in lieu of live testimony, for cross-examination or impeachment, if used in support of a successful motion for summary judgment, or if they are necessarily obtained in preparation of the case and not for the convenience of counsel. Defendants have submitted claims for court reporter's fees for the depositions of Arlena Duffy in the amount of $393.75, Pamela Shea in the amount of $93.44, Michael Young in the amount of $100.28 and Jeffrey McGill and Karen Duffy in the combined amount of $198.27. These claims are allowed as submitted.

II. <u>SERVICE OF SUBPOENA</u>:  Pursuant to Local Rule 54(c)1, service fees for summons and initial process of subpoenas for non-party witnesses testifying at trial are taxable.  Defendants submit a claim for service of subpoena upon Pam Shea in the amount of $33.42.  This claim is allowed as submitted.

III. <u>SUMMARY</u>: For the reasons previously stated, the defendants' motion for costs is allowed as follows:

| | |
|---|---|
| <u>COURT REPORTER FEES:</u> | $785.74 |
| <u>SERVICE OF SUBPOENA:</u> | 33.42 |
| TOTAL: | $819.16 |

Pursuant to Local Rule 54(d), the parties may appeal this decision to the presiding judge within five days of the entry of this ruling.

Dated at Hartford, Connecticut, this 9th day of January, 2006.

KEVIN F. ROWE, Clerk

By: _____/s/lik_____
Linda I. Kunofsky
Deputy in Charge